1  KELLY M. KLAUS (CA Bar No. 161091)
   kelly.klaus@mto.com
2  ELIZABETH A. KIM (CA Bar No. 295277)
   elizabeth.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
4  Los Angeles, California 90071-3426
   Telephone:   (213) 683-9100
5  Facsimile:   (213) 687-3702

6  MICHAEL B. DESANCTIS (*pro hac vice* pending)
   michael.desanctis@mto.com
7  MUNGER, TOLLES & OLSON LLP
   1155 F Street N.W., Seventh Floor
8  Washington, D.C. 20004-1357
   Telephone:   (202) 220-1100
9  Facsimile:   (202) 220-2300

10 Attorneys for Plaintiffs

12              UNITED STATES DISTRICT COURT

13         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Paramount Pictures Corporation; Sony Pictures Television Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Universal Cable Productions LLC; Universal Television LLC; Warner Bros. Entertainment Inc., <br><br>            Plaintiffs, <br><br>      vs. <br><br> Set Broadcast, LLC d/b/a Setvnow; Jason Labossiere; Nelson Johnson, <br>            Defendants. | Case No. 2:18-cv-03325 <br><br> **PLAINTIFFS' CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES [FED. R. CIV. P. 7.1; LOCAL CIVIL RULE 7.1-1]** |

38386939.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1, the undersigned, counsel of record for Plaintiffs Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Paramount Pictures Corporation; Sony Pictures Television Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Universal Cable Productions LLC; Universal Television LLC; and Warner Bros. Entertainment Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Amazon Content Services, LLC is a wholly owned indirect subsidiary of Amazon.com Inc., a publicly traded company;

2. Plaintiff Columbia Pictures Industries, Inc. is a wholly owned indirect subsidiary of Sony Corporation, a publicly traded company;

3. Plaintiff Disney Enterprises, Inc. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded company;

4. Plaintiff Netflix Studios, LLC is a wholly owned indirect subsidiary of Netflix, Inc., a publicly traded company;

5. Plaintiff Paramount Pictures Corporation is a wholly owned subsidiary of Viacom Inc., a publicly traded company;

6. Plaintiff Sony Pictures Television Inc. is a wholly owned indirect subsidiary of Sony Corporation, a publicly traded company.

7. Plaintiff Twentieth Century Fox Film Corporation is a wholly owned indirect subsidiary of Twenty-First Century Fox, Inc., a publicly traded company;

8. Plaintiff Universal City Studios Productions LLLP is a wholly owned indirect subsidiary of Comcast Corporation, a publicly traded company;

9. Plaintiff Universal Cable Productions LLC is a wholly owned indirect subsidiary of Comcast Corporation, a publicly traded company;

10. Plaintiff Universal Television LLC is a wholly owned indirect subsidiary of Comcast Corporation, a publicly traded company;

11. Plaintiff Warner Bros. Entertainment Inc is a wholly owned indirect subsidiary of Time Warner Inc., a publicly traded company;

12. Defendant Set Broadcast, LLC d/b/a Setvnow;

13. Defendant Jason Labossiere;

14. Defendant Nelson Johnson.

DATED: April 20, 2018				MUNGER, TOLLES & OLSON LLP


						By: */s/ Kelly M. Klaus*
						    KELLY M. KLAUS
						    Attorneys for Plaintiffs