1  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
2  ELIZABETH A. KIM (State Bar No. 295277)
   elizabeth.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
4  Fiftieth Floor
   Los Angeles, California 90071-3426
5  Telephone:   (213) 683-9100
   Facsimile:    (213) 687-3702
6
   MICHAEL B. DESANCTIS (*pro hac vice* pending)
7  michael.desanctis@mto.com
   MUNGER, TOLLES & OLSON LLP
8  1155 F Street N.W., Seventh Floor
   Washington, D.C. 20004-1357
9  Telephone:   (202) 220-1100
   Facsimile:    (202) 220-2300
10
11 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Paramount Pictures Corporation; Sony Pictures Television Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Universal Cable Productions LLC; Universal Television LLC; Warner Bros. Entertainment Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Set Broadcast, LLC d/b/a Setvnow; Jason Labossiere; Nelson Johnson,. <br><br> Defendants. | Case No. 2:18-cv-03325 <br><br> **NOTICE OF RELATED CASE [LOCAL CIVIL RULE 83–1.3.1]** |
|---|---|

Plaintiffs notify the Court that this action appears to be related, pursuant to the provisions of Civil Local Rule 83–1.3.1, to two actions that currently are pending in this District: *Universal City Studios Productions LLLP et al. v. TickBox TV LLC*, No. 2:17-cv-07496-MWF-AS (hereinafter "*TickBox*"), and *Netflix Studios, LLC et al. v. Dragon Media, Inc. et al.*, No. 2:18-cv-00230-MWF-AS (hereinafter "*Dragon Box*"). By Order entered January 11, 2018 in the *Dragon Box* action, the Court determined that action was related to the *TickBox* action; the Court ordered the *Dragon Box* action transferred pursuant to General Order 16-05. (No. 2:18-cv-00230-MWF-AS, Dkt. No. 13.)

Like the *TickBox* and *Dragon Box* actions, this action is brought by Plaintiffs to halt the flagrantly infringing conduct of Defendants, whose computer hardware and software products link paying customers to third-party sources that transmit infringing streams of Plaintiffs' copyrighted works. In the *TickBox* and *Dragon Box* actions, the devices were branded under the names "TickBox" and "Dragon Box," respectively. In this action, Defendants brand their infringing subscription service "Setvnow," and their set-top box the "ST-110 Set Top Box."

There is substantial overlap among the Plaintiffs and works at issue across the three actions. Eight of the 11 Plaintiffs in this action have alleged similar claims for inducement liability against the defendants in the *TickBox* and *Dragon Box* actions.[1]

This action and the *TickBox* and *Dragon Box* actions "call for determination of the same or substantially related or similar questions of law and fact." Civ. L.R. 83–1.3.1(b). These questions include the scope of inducement liability under *Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005), and *Columbia*

---

[1] The additional Plaintiffs in this action are affiliates of parties that are plaintiffs in the *TickBox* and *Dragon Box* actions, and in this action. Sony Pictures Television Inc. is an affiliate of Columbia Pictures Industries, Inc.; Universal Cable Productions LLC and Universal Television LLC are affiliates of Universal City Studios Productions LLLP. These three Plaintiffs own or control additional copyrighted television shows, the infringement of which Defendants induce.

*Pictures Industries, Inc. v. Fung*, 710 F.3d 1020 (9th Cir. 2013); and the design and promotion of computer hardware and software devices sold for the purpose of enabling users to access infringing streams of Plaintiffs' copyrighted works.

      Given the overlap of legal, factual, and technological issues, Plaintiffs believe that this action and the *TickBox* and *Dragon Box* actions likely would "entail substantial duplication of labor if heard by different judges."  Civ. L.R. 83–1.3.1(c).

DATED:  April 20, 2018        MUNGER, TOLLES & OLSON LLP


By:    */s/ Kelly M. Klaus*
      KELLY M. KLAUS
      Attorneys for Plaintiffs