KELLY M. KLAUS (CA Bar No. 161091)
kelly.klaus@mto.com
ELIZABETH A. KIM (CA Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MICHAEL B. DESANCTIS (*pro hac vice* pending)
michael.desanctis@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Paramount Pictures Corporation; Sony Pictures Television Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Universal Cable Productions LLC; Universal Television LLC; Warner Bros. Entertainment Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Set Broadcast, LLC d/b/a Setvnow; Jason Labossiere; Nelson Johnson, <br> Defendants. | Case No. 2:18-cv-03325 SVW (Ex) <br><br> **PROOF OF SERVICE** |

| Attorney Or Party Without Attorney (name And Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KELLY M. KLAUS, ESQ. (161091)<br>MUNGER TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105 | (415) 512-4000 | |
| Attorneys for: PLAINTIFFS | W2693835 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>Amazon Content Services, LLC, | | |
| Defendant:<br>Set Broadcast, LLC d/b/a Setvnow | | |

| PROOF OF SERVICE | DATE: | Time: | Dept/Div: | Case Number:<br>2:18-cv-03325 SVW (Ex) |
|---|---|---|---|---|

I, John Shultz, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served:
1. Complaint
2. Civil Cover Sheet
3. Request for Clerk to Issue Summons
4. Corporate Disclosure Statements
5. Report on the Filing or Determination of an Action
6. Notice of Related Cases
7. Notice of Assignment
8. Notice to Parties of ADR
9. Notice of Pro Hac Vice App Due
10. New Case Order
11. Summons

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : **SET BROADCAST, LLC d/b/a SETVNOW**

Served:           : **MICHAEL J, FAEHNER, ESQ, Agent for Service**

Address           : 600 Bypass Drive, Suite 100, Clearwater, Fl 33764
Date & Time       : Friday, April 27, 2018 @ 10:00 a.m.
Witness fees were : Not demanded or paid.

Person serving:
**John Shultz**
**Wheels of Justice, Inc.**
52 Second Street, Third Floor
San Francisco, California 94105
Phone: (415) 546-6000
Fee for service:

☐ not a registered California process server.
☐ exempt from registration under B&P Section 22350(b).
☒ a registered California process server
  ☐ owner  ☐ employee  ☒ independent contractor
County: **Orange**  Reg No.: **2407**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 30, 2018          Signature: _John Shultz_

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>KELLY M. KLAUS, ESQ. (161091)<br>MUNGER TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>TELEPHONE NO.: (415) 512-4000   FAX NO. *(Optional):* (415) 512-4077<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* PLAINTIFFS | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 255 E. Temple St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME:

PLAINTIFF/PETITIONER: Amazon Content Services, LLC,
DEFENDANT/RESPONDENT: Set Broadcast, LLC d/b/a Setvnow

CASE NUMBER: 2:18-cv-03325 SVW (Ex)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: W2693835

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):*
      1. Complaint
      2. Civil Cover Sheet
      3. Request for Clerk to Issue Summons
      4. Corporate Disclosure Statements
      5. Report on the Filing or Determination of an Action
3. a. Party served *(specify name of party as shown on documents served):*
   
   **SET BROADCAST, LLC d/b/a SETVNOW**
   
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   
   **MICHAEL J, FAEHNER, ESQ, Agent for Service**

4. Address where the party was served: **600 Bypass Drive, Suite 100 Clearwater, Fl 33764**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **4/27/2018** (2) at *(time):* **10:00 a.m.**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: | Amazon Content Services, LLC, | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Set Broadcast, LLC d/b/a Setvnow | 2:18-cv-03325 SVW (Ex) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **SET BROADCAST, LLC d/b/a SETVNOW**
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)  ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)  ☐ 415.46 (occupant)
      ☒ other: **Corporation Code 17701.16**

7. Person who served papers
   a. Name: **John Shultz**
   b. Address: **Wheels of Justice, Inc., 52 Second Street, Third Floor, San Francisco, California 94105**
   c. Telephone number: **(415) 546-6000**
   d. The fee for service was: $
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☒ independent contractor.
         (ii) Registration No.: **19948**
         (iii) County: **Pinellas**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **April 30, 2018**

**John Shultz**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)  ▶ (SIGNATURE)

POS-010 [Rev. January 1, 2007]  **PROOF OF SERVICE OF SUMMONS**  Page 2 of 2