1  Joseph Shapiro (CA Bar No. 277111)
   jshapiro@strongandhanni.com
2  STRONG & HANNI
   102 South 200 East, Suite 800
3  Salt Lake City, UT 84111
   Telephone: (801) 532-7080
4  Facsimile: (801) 596-1508
   *Attorneys for Defendants*

5

6

7

8                  UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10 | Amazon Content Services, LLC et al., | Case No. 2:18-cv-03325-MWF-AS |

11 | Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |

12 | vs. |

13 | Set Broadcast, LLC et al. | Complaint served: April 27, 2018 (Set Broadcast, LLC); May 18, 2018 (Jason Labossiere and Nelson Johnson) |

14 | Defendants. |

15 | | Current response date: May 18, 2018 (Set Broadcast, LLC); June 8, 2018 |

16 | | New response date: June 18, 2018 |

17

18

19

20

21

1

1    Defendants Set Broadcast, LLC, Jason Labossiere, and Nelson Johnson

2    (collectively, "Defendants"), along with all Plaintiffs, hereby stipulate under

3    L.R. 8-3 to extend the time for Defendants to respond to Plaintiffs' Complaint

4    (Dkt. 1) to June 18, 2018.

5    Set Broadcast, LLC was served on April 27, 2018, and its response to the

6    Complaint was therefore originally due on May 18, 2018. Counsel for

7    Defendants, Joseph Shapiro, accepted service on behalf of Jason Labossiere and

8    Nelson Johnson on May 18, 2018, and their respective responses to the

9    Complaint were therefore originally due on June 8, 2018.

10   As part of this Stipulation, the parties agree to the following:

11   1.  Defendants shall not assert either the fact or substance of this Stipulation

12   and/or the extension of time as a basis for opposing in any respect a Motion for

13   Preliminary Injunction filed by Plaintiffs.

14   2.  Counsel for Defendants, Joseph Shapiro, shall formally accept service on

15   behalf of Jason Labossiere and Nelson Johnson no later than the date this

16   Stipulation is filed.

17   3.  Defendants waive all rights to assert lack of personal jurisdiction in this

18   Court for this case.

19   4.  Defendants reserve their right to file a Rule 12 motion on grounds other

20   than lack of personal jurisdiction.  Defendants do not waive their right to request

21

2

such Rule 12 motion be resolved before Plaintiffs' motion for preliminary

injunction, and Plaintiffs do not waive their rights to oppose any such request.

**Dated:** May 18, 2018                    STRONG & HANNI, P.C.

*/s/Joseph Shapiro*
Joseph Shapiro
*Attorneys for Defendants*

**Dated:** May 18, 2018                    MUNGER, TOLLES & OLSON LLP

*/s/Kelly M. Klaus*
Kelly M. Klaus
*Attorneys for Plaintiffs*

**Signature Attestation:** Under L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other

signatories listed, and on whose behalf this filing is submitted, concur in the

filing's content and have authorized the filing.

**Dated:** May 18, 2018                    */s/Joseph Shapiro*
Joseph Shapiro

3