1  Joseph Shapiro, #277111
   jshapiro@strongandhanni.com
2  STRONG & HANNI
   102 South 200 East, Suite 800
3  Salt Lake City, UT 84111
   Telephone: (801) 532-7080
4  Facsimile: (801) 596-1508

5  *Attorneys for Defendants*

6

7

8                    **UNITED STATES DISTRICT COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| 10 | Amazon Content Services, LLC, et al., | Case No. 2:18-cv-3325 MWF-AS |
|----|---------------------------------------|------------------------------|
| 11 | Plaintiffs, | |
| 12 | vs. | **DEFENDANTS' CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES [FED. R. CIV. P. 7.1; LOCAL CIVIL RULE 7.1-1]** |
| 13 | Set Broadcast, LLC, et al., | |
| 14 | Defendants. | |

15     Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1, the

16  undersigned, counsel of record for Defendants Set Broadcast, LLC d/b/a Setvnow,

17  Jason Labossiere, and Nelson Johnson certifies that the following listed parties may

18  have a pecuniary interest in the outcome of this case.  These representations are

19  made to enable the Court to evaluate possible disqualification or recusal.

20     Defendants have no interested parties to report at this time.

21

DATED this 13th day of July, 2018.

        STRONG & HANNI

        */s/Joseph Shapiro*
        Joseph Shapiro
        *Attorneys for Defendants*

**DEFENDANTS' CORPORATE DISCLOSURES AND NOTICE OF INTERESTED PARTIES**