KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ELIZABETH A. KIM (State Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

MICHAEL B. DESANCTIS (admitted *pro hac vice*)
michael.desanctis@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Paramount Pictures Corporation; Sony Pictures Television Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Universal Cable Productions LLC; Universal Television LLC; Warner Bros. Entertainment Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Set Broadcast, LLC d/b/a Setvnow; Jason Labossiere; Nelson Johnson, <br><br> Defendants. | Case No. 2:18-CV-03325-MWF (AS) <br><br> **DECLARATION OF MICHAEL B. DESANCTIS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEPOSITIONS OF DEFENDANTS JASON LABOSSIERE AND NELSON JOHNSON** <br><br> **DISCOVERY MATTER** <br><br> Judge:  Hon. Michael W. Fitzgerald <br><br> Magistrate Judge: Hon. Alka Sagar <br><br> Date:  March 26, 2019 <br> Time: 10:00 a.m. <br> Ctrm:  540 <br> Fact Discovery Cut-off: April 1, 2019 <br> Expert Discovery Cut-off: April 29, 2019 <br> Pretrial Conference: July 15, 2019 <br> Trial: August 6, 2019 <br><br> Filed concurrently: Plaintiffs' Motion to Compel Depositions of Defendants |

I, Michael B. DeSanctis, hereby declare:

1. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for Plaintiffs in this action. I have knowledge of the matters set forth in this declaration. If called as a witness, I could and would testify competently to the facts stated in this declaration.

2. On September 28, 2018, Plaintiffs properly noticed Mr. Labossiere and Mr. Johnson's depositions for October 29 and 30, 2018. Attached hereto as **Exhibit A** is a true and correct copy of the deposition notices served by Plaintiffs on Defendants.

3. On October 19, 2018, counsel for Defendants, Mr. Joseph Shapiro, informed me that Defendants would not be appearing for their noticed depositions on October 29 and 30, 2018 because "the noticed deposition dates do not work for us" and that "[o]ne significant issue is that Jason Labossiere is currently under house arrest as a result of unrelated criminal charges." A true and correct copy of this email correspondence with Mr. Shapiro is attached as **Exhibit B**. During a phone call with Mr. Shapiro regarding this issue, he requested that the depositions be rescheduled for the third week of November and explained that this delay was necessary because he would have to "go through a process" to ensure that Mr. Labossiere could attend a deposition held outside of his home. I agreed to reschedule the depositions to November 14 and 15, 2018.

4. After unsuccessfully attempting to confirm the November deposition dates with Mr. Shapiro, I once more requested dates on which Defendants would be available to be deposed. Mr. Shapiro stated that he would confer with his clients about scheduling their depositions during the week of December 17, 2018. Mr. Shapiro subsequently informed me that he and his clients would only be available after January 28, 2019.

5. On January 15, 2019, I requested that Defendants provide me with deposition dates after January 28. In response, Mr. Shapiro informed me that his

clients had "become pretty unresponsive" and that he was "considering withdrawing on this case," but requested a few more days to reach out to his clients. I followed up with Mr. Shapiro on January 22, and, on January 25, he informed me that he had "[n]o updates right now." A true and correct copy of my January 15-25 email correspondence with Mr. Shapiro is attached as **Exhibit C**.

6. Mr. Shapiro subsequently informed me that he was no longer being paid by his clients and intended to file a notice to withdraw as counsel by February 12 and, as such, would be unable to assist me in scheduling his clients' depositions. As of the filing of this Declaration, Mr. Shapiro has not withdrawn.

7. On February 12, 2019, I served a meet-and-confer request on Mr. Shapiro regarding Plaintiffs' intent to file a motion to compel the depositions of Mr. Labossiere and Mr. Johnson. Attached hereto as **Exhibit D** is a true and correct copy of this correspondence. Mr. Shapiro has not met or conferred with me regarding this matter, nor has he proposed dates and times for a meet-and-confer conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2019.


By:    */s/ Michael B. DeSanctis*
     MICHAEL B. DESANCTIS
     Attorneys for Plaintiffs

# EXHIBIT A

1  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
2  ELIZABETH A. KIM (State Bar No. 295277)
   elizabeth.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
4  Fiftieth Floor
   Los Angeles, California 90071-3426
5  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
6
   MICHAEL B. DESANCTIS (admitted *pro hac vice*)
7  michael.desanctis@mto.com
   MUNGER, TOLLES & OLSON LLP
8  1155 F Street N.W., Seventh Floor
   Washington, D.C. 20004-1357
9  Telephone:  (202) 220-1100
   Facsimile:   (202) 220-2300
10
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Paramount Pictures Corporation; Sony Pictures Television Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Universal Cable Productions LLC; Universal Television LLC; Warner Bros. Entertainment Inc., <br><br>Plaintiffs, <br><br>vs. <br><br>Set Broadcast, LLC d/b/a Setvnow; Jason Labossiere; Nelson Johnson, <br><br>Defendants. | Case No. 2:18-CV-03325-MWF (AS) <br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT JASON LABOSSIERE** <br><br>Date:  October 29, 2018 <br>Time: 9:00  a.m. <br>Place: Carlton Fields <br>      Corporate Center Three at International Plaza <br>      4221 W. Boy Scout Boulevard <br>      Suite 1000 <br>      Tampa, Florida 33602-5300 <br><br>Judge:  Hon. Michael W. Fitzgerald |

40091008.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of
3  Civil Procedure, Plaintiffs Amazon Content Services, LLC, Columbia Pictures
4  Industries, Inc., Disney Enterprises, Inc., Netflix Studios, LLC, Paramount Pictures
5  Corporation, Twentieth Century Fox Film Corporation, Universal City Studios
6  Productions LLLP, and Warner Bros. Entertainment Inc., ("Plaintiffs") by and
7  through their counsel, will take the deposition of Jason Labossiere, under oath. The
8  deposition will be taken at the offices of Carlton Fields, Corporate Center Three at
9  International Plaza, 4221 W. Boy Scout Boulevard, Suite 1000, Tampa, Florida
10  33602-5300, commencing on October 29, 2018 at 9:00 a.m, and continuing day to
11  day thereafter until completed. The deposition will be taken under oath and will be
12  conducted before a certified shorthand reporter authorized to administer oaths.

13      PLEASE TAKE FURTHER NOTICE that Plaintiffs intend to record the
14  testimony by stenographic method through the instant visual display of the
15  testimony, and by videotape recording. Plaintiffs reserve the right to use the
16  videotape at the time of trial. A real-time transcription service such as LiveNote may
17  also be available for use of counsel.

20  DATED:  September 28, 2018    MUNGER, TOLLES & OLSON LLP

23      By:    */s/ Kelly M. Klaus*
24             KELLY M. KLAUS

25  Attorneys for Plaintiffs

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On September 28, 2018, I served true copies of the following document described as **PLAINTIFFS' NOTICE OF DEPOSITION OF JASON LABOSSIERE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Elizabeth.kim@mto.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 28, 2018, at San Francisco, California.

/s/ Elizabeth A. Kim
Elizabeth A. Kim

# SERVICE LIST

Joseph Shapiro, #277111
jshapiro@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508

*Attorneys for Defendants*

1  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
2  ELIZABETH A. KIM (State Bar No. 295277)
   elizabeth.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
4  Fiftieth Floor
   Los Angeles, California 90071-3426
5  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
6
   MICHAEL B. DESANCTIS (admitted *pro hac vice*)
7  michael.desanctis@mto.com
   MUNGER, TOLLES & OLSON LLP
8  1155 F Street N.W., Seventh Floor
   Washington, D.C. 20004-1357
9  Telephone:  (202) 220-1100
   Facsimile:   (202) 220-2300
10
   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Paramount Pictures Corporation; Sony Pictures Television Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Universal Cable Productions LLC; Universal Television LLC; Warner Bros. Entertainment Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Set Broadcast, LLC d/b/a Setvnow; Jason Labossiere; Nelson Johnson, <br><br> Defendants. | Case No. 2:18-CV-03325-MWF (AS) <br><br> **PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT NELSON JOHNSON** <br><br> Date:  October 30, 2018 <br> Time: 9:00  a.m. <br> Place: Carlton Fields <br>         Corporate Center Three at International Plaza <br>         4221 W. Boy Scout Boulevard <br>         Suite 1000 <br>         Tampa, Florida 33602-5300 <br><br> Judge:  Hon. Michael W. Fitzgerald |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Amazon Content Services, LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Netflix Studios, LLC, Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, and Warner Bros. Entertainment Inc., ("Plaintiffs") by and through their counsel, will take the deposition of Nelson Johnson, under oath. The deposition will be taken at the offices of Carlton Fields, Corporate Center Three at International Plaza, 4221 W. Boy Scout Boulevard, Suite 1000, Tampa, Florida 33602-5300, commencing on October 30, 2018 at 9:00 a.m, and continuing day to day thereafter until completed. The deposition will be taken under oath and will be conducted before a certified shorthand reporter authorized to administer oaths.

PLEASE TAKE FURTHER NOTICE that Plaintiffs intend to record the testimony by stenographic method through the instant visual display of the testimony, and by videotape recording. Plaintiffs reserve the right to use the videotape at the time of trial. A real-time transcription service such as LiveNote may also be available for use of counsel.

DATED:  September 28, 2018          MUNGER, TOLLES & OLSON LLP

By:  _*/s/ Kelly M. Klaus*_
     KELLY M. KLAUS

Attorneys for Plaintiffs

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On September 28, 2018, I served true copies of the following document described as **PLAINTIFFS' NOTICE OF DEPOSITION OF NELSON JOHNSON** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Elizabeth.kim@mto.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 28, 2018, at San Francisco, California.

/s/ Elizabeth A. Kim
Elizabeth A. Kim

# SERVICE LIST

Joseph Shapiro, #277111
jshapiro@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508

*Attorneys for Defendants*

# EXHIBIT B

| | |
|---|---|
| **From:** | Joseph Shapiro |
| **To:** | Klaus, Kelly |
| **Cc:** | DeSanctis, Michael; Kim, Elizabeth |
| **Subject:** | depositions and settlement |
| **Date:** | Friday, October 19, 2018 10:32:22 AM |

Kelly,

We need to work out deposition scheduling and have a substantive discussion about settlement, including the payment amount.

As a first note, the noticed deposition dates do not work for us. One significant issue is that Jason Labossiere is currently under house arrest as a result of unrelated criminal charges.

Please let me know when is a good time for you to talk early next week, preferably Monday.

Regards,

Joseph

Joseph Shapiro
Intellectual Property and Litigation Attorney
Strong & Hanni
102 South 200 East, Ste. 800
Salt Lake City, UT 84111
Office: 801-323-2131
Cell: 801-921-1136
jshapiro@strongandhanni.com


This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

# EXHIBIT C

Exhibit C Page  15

| | |
|---|---|
| **From:** | DeSanctis, Michael |
| **To:** | Karen_Thorland@mpaa.org |
| **Cc:** | Klaus, Kelly; Kim, Elizabeth; Ross, Lauren |
| **Subject:** | Fwd: Setvnow |
| **Date:** | Friday, January 25, 2019 5:03:28 PM |

This is frustrating.

Begin forwarded message:

> **From:** Joseph Shapiro <jshapiro@strongandhanni.com>
> **Date:** January 25, 2019 at 4:17:32 PM EST
> **To:** "DeSanctis, Michael" <Michael.DeSanctis@mto.com>
> **Subject: RE: Setvnow**
>
> No updates right now.
>
> Joseph
>
> Joseph Shapiro
> Intellectual Property and Litigation Attorney
> Strong & Hanni
> 102 South 200 East, Ste. 800
> Salt Lake City, UT 84111
> Office: 801-323-2131
> Cell: 801-921-1136
> jshapiro@strongandhanni.com
>
> ---
>
> **From:** DeSanctis, Michael <Michael.DeSanctis@mto.com>
> **Sent:** Tuesday, January 22, 2019 9:22 AM
> **To:** Joseph Shapiro <jshapiro@strongandhanni.com>
> **Subject:** RE: Setvnow
>
> ### Any update on this?
>
> ---
>
> **From:** Joseph Shapiro <jshapiro@strongandhanni.com>
> **Sent:** Wednesday, January 16, 2019 11:37 AM
> **To:** DeSanctis, Michael <Michael.DeSanctis@mto.com>
> **Subject:** RE: Setvnow

Exhibit C Page  16

Michael,

I apologize for not reaching out. My clients have become pretty unresponsive at this point. I am considering withdrawing on this case. Can I have a couple days to reach out to my clients to figure out the strategy they want to pursue?

Thanks.

Joseph

Joseph Shapiro
Intellectual Property and Litigation Attorney
Strong & Hanni
102 South 200 East, Ste. 800
Salt Lake City, UT 84111
Office: 801-323-2131
Cell: 801-921-1136
jshapiro@strongandhanni.com

-----Original Message-----
From: DeSanctis, Michael <Michael.DeSanctis@mto.com>
Sent: Tuesday, January 15, 2019 12:32 PM
To: Joseph Shapiro <jshapiro@Strongandhanni.com>
Subject: Setvnow

Joseph,

Have you been able to confirm deposition dates? You had suggested the last week of January/first week of February. I know there are some hoops we have to go through for Jason, and I want to make sure we have enough time to get it set up

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

This email message has been delivered safely and archived online by Mimecast. For more information please visit http://www.mimecast.com

Exhibit C Page 17

# EXHIBIT D

| | |
|---|---|
| **From:** | DeSanctis, Michael |
| **To:** | Joseph Shapiro |
| **Cc:** | Kim, Elizabeth |
| **Subject:** | Setvnow |
| **Date:** | Tuesday, February 12, 2019 11:01:14 AM |

Joseph,

As we've discussed, Plaintiffs would like to meet and confer pursuant to Civ. L.R. 37-1 regarding Defendants' repeated failures to provide their availability for the depositions Plaintiffs originally noticed for October 29, 2018, and October 30, 2018. We agreed to reschedule these noticed depositions based on your representations that Defendants would make themselves available at a later date, but Defendants have consistently failed to provide dates for depositions and you appear to be unable to make that happen. Plaintiffs intend to move to compel Defendants to appear for their depositions. Please let us know when you are available to meet and confer within the next 10 days. Your failure (as counsel) to comply with the local rules may result in sanctions against you pursuant to L.R. 37-4.

**Michael B. DeSanctis** | **Munger, Tolles & Olson LLP**
1155 F St. NW | Washington, DC 20004
Tel: 202-220-1102 | Michael.desanctis@mto.com | www.mto.com

***NOTICE***
This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.

Exhibit D Page 19