Joseph Shapiro, #277111
jshapiro@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| Amazon Content Services, LLC, et al., | Case No. 2:18-cv-3325 MWF-AS |
|---|---|
| Plaintiffs, | **CORRECTED MOTION FOR WITHDRAWAL OF JOSEPH SHAPIRO AS COUNSEL FOR DEFENDANTS** |
| vs. | |
| Set Broadcast, LLC, et al., | |
| Defendants. | |

Attorney Joseph Shapiro, who currently represents in this case all Defendants, hereby moves under L.R. 83.2.3.2 to withdraw. Defendants have not paid invoices for attorney fees for more than five months and are unwilling to make any payment at this time or to commit to any payment plan. Additionally, relations between Defendants

and Mr. Shapiro have degraded such that it is no longer feasible for Mr. Shapiro to represent Defendants in this case.

This case is currently in discovery. Plaintiffs have filed a motion to compel depositions. The only prejudice to Plaintiffs that will result from Mr. Shapiro's withdrawal is a short delay while Defendants find new counsel.

**Notice to Defendant Set Broadcasts, LLC of the consequences of Defendant Set Broadcast, LLC's Inability to Appear Pro Se:** Defendant Set Broadcast, LLC is hereby notified that if it does not obtain new counsel, the Court will issue an Order to Show Cause and, if no counsel appears on its behalf, the Court will strike Defendant Set Broadcast, LLC's Answer and order Plaintiffs to proceed to default.

A proposed order is attached hereto as Exhibit A.

DATED this 11th day of March, 2019.

                                                                                 STRONG & HANNI

                                                                                 */s/Joseph Shapiro*
                                                                                 Joseph Shapiro
                                                                                 *Attorneys for Defendants*

## CERTIFICATION OF SERVICE ON DEFENDANTS

Joseph Shapiro hereby certifies that the Defendants were served with and received notice of the foregoing document on March 11, 2019 as follows:

| Jason Labossiere | email:[1] jasonlabossiere@mac.com |
|---|---|
| Nelson Johnson | certified mail and email: 2906 Talon Drive Clearwater, FL 33761 lvx7775@gmail.com |
| Set Broadcast, LLC | Nelson Johnson (member, Set Broadcast, LLC) certified mail and email: 2906 Talon Drive Clearwater, FL 33761 lvx7775@gmail.com |

---

[1] Joseph Shapiro reached out to Jason Labossiere to obtain a physical mailing address but Jason Labossiere did not respond. The email address at which Jason Labossiere was served with this document, jasonlabossiere@mac.com, is the email address at which Joseph Shapiro and Jason Labossiere have routinely corresponded for the past eight months regarding this case. Joseph Shapiro has received email correspondence from jasonlabossiere@mac.com as recently as late February and has no reason to believe that Jason Labossiere is not receiving emails sent to jasonlabossiere@mac.com.