Joseph Shapiro, #277111
jshapiro@strongandhanni.com
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Amazon Content Services, LLC, et al., | Case No. 2:18-cv-3325 MWF-AS |
| Plaintiffs, | **PROPOSED ORDER GRANTING CORRECTED MOTION FOR WITHDRAWAL OF JOSEPH SHAPIRO AS COUNSEL FOR DEFENDANTS** |
| vs. | |
| Set Broadcast, LLC, et al., | |
| Defendants. | |

Having considered attorney Joseph Shapiro's *Corrected Motion for Withdrawal of Joseph Shapiro as Counsel for Defendants*, and finding good cause, the Court hereby grants Mr. Shapiro's motion to withdraw. Mr. Shapiro is no longer counsel for any Defendants in this case.

**IT IS SO ORDERED.**

1

2

3      Dated:

4      _____        _____
                                      Hon. Michael W. Fitzgerald
5                                     United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21