KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
ELIZABETH A. KIM (State Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MICHAEL B. DESANCTIS (admitted *pro hac vice*)
michael.desanctis@mto.com
MUNGER, TOLLES & OLSON LLP
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Paramount Pictures Corporation; Sony Pictures Television Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Universal Cable Productions LLC; Universal Television LLC; Warner Bros. Entertainment Inc., <br><br>Plaintiffs, <br><br>vs. <br><br>Set Broadcast, LLC d/b/a Setvnow; Jason Labossiere; Nelson Johnson, <br><br>Defendants. | Case No. 2:18-CV-03325-MWF (AS) <br><br>**PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SET BROADCAST, LLC D/B/A SETVNOW** <br><br>Judge: Hon. Michael W. Fitzgerald <br><br>Magistrate Judge: Hon. Alka Sagar <br><br>Filed concurrently: Declaration of Elizabeth A. Kim |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Amazon Content Services, LLC, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Netflix Studios, LLC, Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, and Warner Bros. Entertainment Inc., ("Plaintiffs") hereby request that the Clerk of the United States District Court for the Central District of California enter default in this matter against Defendant Set Broadcast LLC d/b/a Setvnow for failure to timely respond in writing to the Court's April 17, 2019 Order to Show Cause as to why the Answer filed on June 18, 2018 should not be stricken for failure to retain counsel. ECF Dkt. 45.

As evidenced by the proof of service on file with this Court, Defendant Set Broadcast LLC was served with a copy of the Court's April 17, 2019 Order via certified mail and email on April 22, 2019, by its former counsel, Mr. Joseph Shapiro. *See* ECF Dkt. No. 46. Mr. Shapiro certified that he also served the Court's Order on Defendant Set Broadcast LLC's owner and operator, Jason Labossiere, and Set Broadcast's former authorized manager Nelson Johnson. Despite being served with the Court's Order, Defendant Set Broadcast LLC has failed to respond to the Court's Order to Show Cause by the Court's May 13, 2019 deadline.

Plaintiffs' Application for Entry of Default Against Defendant Set Broadcast LLC is supported by the accompanying Declaration of Elizabeth A. Kim.

DATED: May 20, 2019                MUNGER, TOLLES & OLSON LLP

By:     /s/ Kelly M. Klaus
KELLY M. KLAUS
Attorneys for Plaintiffs