```
 1  KELLY M. KLAUS (State Bar No. 161091)
    kelly.klaus@mto.com
 2  ELIZABETH A. KIM (State Bar No. 295277)
    elizabeth.kim@mto.com
 3  MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue
 4  Fiftieth Floor
    Los Angeles, California 90071-3426
 5  Telephone:  (213) 683-9100
    Facsimile:  (213) 687-3702
 6
    MICHAEL B. DESANCTIS (admitted pro hac vice)
 7  michael.desanctis@mto.com
    MUNGER, TOLLES & OLSON LLP
 8  1155 F Street N.W., Seventh Floor
    Washington, D.C. 20004-1357
 9  Telephone:  (202) 220-1100
    Facsimile:  (202) 220-2300
10
    Attorneys for Plaintiffs
11
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Paramount Pictures Corporation; Sony Pictures Television Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Universal Cable Productions LLC; Universal Television LLC; Warner Bros. Entertainment Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Set Broadcast, LLC d/b/a Setvnow; Jason Labossiere; Nelson Johnson, <br><br> Defendants. | Case No. 2:18-CV-03325-MWF (AS) <br><br> **DECLARATION OF ELIZABETH A. KIM IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SET BROADCAST, LLC D/B/A SETVNOW** <br><br> Judge: Hon. Michael W. Fitzgerald <br><br> Magistrate Judge: Hon. Alka Sagar <br><br> Filed concurrently: PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SET BROADCAST, LLC D/B/A SETVNOW |

I, Elizabeth A. Kim, am an attorney at the law firm of Munger, Tolles & Olson LLP, which represents the Plaintiffs in this matter. The facts stated in this declaration are true and are based upon my personal knowledge. If called upon to do so, I could testify truthfully and competently to them.

1. On April 17, 2019, the Court issued an Order to Show Cause why Defendant Set Broadcast LLC's Answer should not be stricken for failure to retain counsel. ECF Dkt. 45. Pursuant to the Order, Defendant Set Broadcast was to show cause in writing no later than May 13, 2019.

2. On April 22, 2019, Mr. Joseph Shapiro of the law firm Strong and Hanni certified his service of the Court's April 17, 2019 Order to Show Cause on Defendants Set Broadcast LLC, Jason Labossiere, and Nelson Johnson. ECF Dkt. 46. To the best of my knowledge, Defendant Set Broadcast LLC was properly served with the Court's Order via certified mail and email by Mr. Shapiro.

3. Defendant Set Broadcast LLC has not responded to the Court's April 17, 2019 Order to Show Cause.

4. To the best of my knowledge, Defendant Set Broadcast LLC has not retained new counsel.

5. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 20th day of May 2019 at San Francisco, California.

By: /s/ Elizabeth A. Kim
ELIZABETH A. KIM