```
 1  KELLY M. KLAUS (State Bar No. 161091)
    kelly.klaus@mto.com
 2  ELIZABETH A. KIM (State Bar No. 295277)
    elizabeth.kim@mto.com
 3  MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue
 4  Fiftieth Floor
    Los Angeles, California 90071-3426
 5  Telephone:  (213) 683-9100
    Facsimile:  (213) 687-3702
 6
    MICHAEL B. DESANCTIS (admitted pro hac vice)
 7  michael.desanctis@mto.com
    MUNGER, TOLLES & OLSON LLP
 8  1155 F Street N.W., Seventh Floor
    Washington, D.C. 20004-1357
 9  Telephone:  (202) 220-1100
    Facsimile:  (202) 220-2300
10
    Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Paramount Pictures Corporation; Sony Pictures Television Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Universal Cable Productions LLC; Universal Television LLC; Warner Bros. Entertainment Inc., <br><br>        Plaintiffs, <br><br>    vs. <br><br> Set Broadcast, LLC d/b/a Setvnow; Jason Labossiere; Nelson Johnson, <br><br>        Defendants. | Case No. 2:18-CV-03325-MWF (AS) <br><br> **PLAINTIFFS' AMENDED CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** <br> **[Fed. R. Civ. P. 7.1 and L.R. 7.1-1]** <br><br> Judge:  Hon. Michael W. Fitzgerald |

-2-

1   Plaintiffs' disclosure statement, pursuant to Federal Rule of Civil Procedure 7.1 and Local
2   Rule 7.1-1 (Dkt. 4), is amended, with respect to Plaintiff Twentieth Century Fox Film
3   Corporation, as follows:
4   Plaintiff Twentieth Century Fox Film Corporation is a wholly-owned indirect subsidiary of
5   Twenty-First Century Fox, Inc., which is a wholly-owned subsidiary of The Walt Disney
6   Company, a publicly traded company.
7
8   DATED: May 20, 2019                    MUNGER, TOLLES & OLSON LLP
9
10                                          By:      /s/ Kelly M. Klaus
11                                                  KELLY M. KLAUS
                                                    Attorneys for Plaintiffs
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28