1  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
2  ELIZABETH A. KIM (State Bar No. 295277)
   elizabeth.kim@mto.com
3  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
4  Fiftieth Floor
   Los Angeles, California 90071-3426
5  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
6
   Attorneys for Plaintiffs
7

8

9

10

11

12

13
                    UNITED STATES DISTRICT COURT
14
          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
15

16 | Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Paramount Pictures Corporation; Sony Pictures Television Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Universal Cable Productions LLC; Universal Television LLC; Warner Bros. Entertainment Inc., | Case No. 2:18-CV-03325-MWF (AS) **DECLARATION OF JAN VAN VOORN IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SET BROADCAST, LLC**
17 | |
18 | |
19 | |
20 | |
21 | | Judge: Hon. Michael W. Fitzgerald
22 | Plaintiffs, | Filed concurrently:
23 | vs. |   Plaintiffs' Motion for Default Judgment
24 | Set Broadcast, LLC d/b/a Setvnow; Jason Labossiere; Nelson Johnson, |   Declaration of Elizabeth A. Kim
25 | Defendants. |
26
27
28

42347871.3

I, Jan van Voorn, declare as follows:

1. I am Executive Vice President and Chief of Global Content Protection at the Motion Picture Association of America, Inc. ("MPAA"). I submit this declaration in support of Plaintiffs' Motion for Default Judgment Against Set Broadcast, LLC ("Set Broadcast"). The contents of this declaration are based on my personal knowledge and the regularly kept records of the MPAA. If called upon and sworn as a witness, I could and would testify competently to the contents of this declaration.

2. The MPAA is a not-for-profit trade association that addresses issues of concern to the United States motion picture industry. The MPAA's members depend upon effective copyright protection to protect the motion picture and television content that they finance, create, and distribute. The MPAA's Global Content Protection group ("GCP") is responsible, among other things, for investigating infringements of MPAA members' copyrights and working with counsel and law enforcement to halt and remedy such violations.

3. I am familiar with Plaintiffs' copyrighted motion pictures and television programs ("Plaintiffs' Copyrighted Works") that are at issue in Plaintiffs' Complaint in this action.

4. As part of our investigation, members of my staff purchased subscriptions to Set Broadcast's "Setvnow" online streaming service prior to the filing of the Complaint in the above-titled action.

5. Using the Setvnow login credentials provided by Set Broadcast, GCP investigators searched for all of the titles listed on Exhibit A to Plaintiffs' Complaint.

6. Each such search using the Setvnow service returned at least one link to a source that, when selected by the GCP investigator, provided an unauthorized stream of the respective motion picture or television show listed on Exhibit A to the Complaint.

42347871.3

1   I declare under penalty of perjury under the laws of the United States of
2   America that the foregoing is true and correct, and that this declaration was executed
3   on this 27th day of June at Sherman Oaks, California.



JAN VAN VOORN