KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
MELINDA E. LEMOINE (State Bar No. 235670)
Melinda.lemoine@mto.com
ELIZABETH A. KIM (State Bar No. 295277)
elizabeth.kim@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Amazon Content Services, LLC; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Paramount Pictures Corporation; Sony Pictures Television Inc.; Twentieth Century Fox Film Corporation; Universal City Studios Productions LLLP; Universal Cable Productions LLC; Universal Television LLC; Warner Bros. Entertainment Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Set Broadcast, LLC d/b/a Setvnow; Jason Labossiere; Nelson Johnson, <br><br> Defendants. | Case No. 2:18-CV-03325-MWF (AS) <br><br> **PLAINTIFFS' STATUS REPORT AND REQUEST FOR BRIEFING SCHEDULE AND GUIDANCE RE NOTICE PROCEDURE FOR MOTION FOR DEFAULT JUDGMENT** <br><br> Judge:  Hon. Michael W. Fitzgerald |

42513977.1

1 | Plaintiffs respectfully submit this status report and request for briefing
2 | schedule and guidance regarding Plaintiffs' motion for default judgment against the
3 | remaining defendants, Jason Labossiere and Nelson Johnson ("Defendants").

4 | Defendants have refused to participate in this litigation. Since their counsel
5 | withdrew, Defendants have rebuffed Plaintiffs' efforts to schedule depositions or
6 | move this case toward resolution. After Plaintiffs moved for default judgment
7 | against co-defendant Set Broadcast, LLC, a Florida attorney named Lee Pearlman
8 | and an individual named Richard Rago contacted Plaintiffs' counsel, claiming they
9 | were assisting Labossiere and Johnson, respectively, with settlement efforts.
10 | However, these representatives, like Labossiere and Johnson, have stopped
11 | responding to Plaintiffs' counsel.

12 | Plaintiffs want to bring this litigation to a close as soon as possible. They
13 | intend to do so with a motion for default judgment that is analogous to the one they
14 | filed against Set Broadcast. Defendants (while represented by counsel) filed an
15 | answer, ECF Dkt. 18. Under these circumstances, authority indicates that the Clerk
16 | of the Court will not enter default without a Court Order. *See, e.g.*, *Wofford v.
17 | Bracks*, 2015 WL 10793981, at *1 (Aug. 13, 2015 C.D. Cal.) ("[T]he Court Clerk
18 | notified plaintiff it could not enter the requested default because answers were on
19 | file."). The entry of default is a prerequisite to a motion for default judgment. Fed.
20 | R. Civ. P. 55(b); Civ. L.R. 55-1(a).

21 | Plaintiffs respectfully request the Court's guidance, through the form of an
22 | order, on the following:

23 | 1. Plaintiffs ask the Court to order the Clerk to enter default. Defendants'
24 | post-answer refusal to participate in this litigation provides grounds for proceeding
25 | with a default. *See, e.g.*, *Sweet People Apparel, Inc. v. Chang Grp. LLC*, 2017 WL
26 | 2469130, at *6 (C.D. Cal. June 6, 2017) ("After the Court struck [the individual]
27 | Defendant's Answer for its failure to timely obtain counsel, the Clerk entered
28 | default against Defendant, Defendant has failed to appear in its own defense, and the

Court thus accepts the material facts in the FAC as true."); *Warner Bros. Entm't Inc. v. Vega*, 2012 WL 13008442, at *3 (C.D. Cal. Mar. 29, 2012) (striking pro se defendant's answer for failure to appear at a scheduling conference and subsequent failure to participate in litigation).

2. The Court has continued the trial date (while vacating pretrial dates) to September 10, 2019.[1] Plaintiffs request that the Court vacate the trial date and set a date for Plaintiffs' motion for default judgment (14 days after the Clerk enters default).

Plaintiffs have prepared a [Proposed] Order on these requests. Plaintiffs are serving copies of this Status Report and the [Proposed] Order on Defendants through Defendants' addresses on file.

DATED: September 4, 2019          MUNGER, TOLLES & OLSON LLP


By:  */s/ Kelly M. Klaus*
   KELLY M. KLAUS
   Attorneys for Plaintiffs

---

[1] In February, Plaintiffs moved to compel the depositions of Labossiere and Johnson. Magistrate Judge Sagar has deemed that motion moot in light of the discovery cut-off.