UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 18-3325 MWF (ASx)**                                         Date: September 5, 2019

Title      **Amazon Content Services, LLC, et al. v. Set Broadcast, LLC, et al.**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On April 17, 2019, the Court granted the Motion for Withdrawal of Joseph Shapiro as Counsel for Defendants ("Withdrawal Order"). (Docket No. 45). Pursuant to the Withdrawal Order, the Court permitted Joseph Shapiro to withdraw as attorney of record for Defendants Jason Labossiere and Nelson Johnson; Defendants Labossiere and Johnson could either retain new counsel by May 13, 2019, or "be prepared for the case to go forward representing themselves." The Court notes that the docket in this case reflects only a mailing address for Nelson Johnson; no address was provided for Jason Labossiere.

On September 4, 2019, Plaintiffs filed a Status Report and Request for Briefing Schedule and Guidance Re Notice Procedure for Motion for Default Judgment ("Status Report"). (Docket No. 61). Plaintiffs allege that Defendants Labossiere and Johnson have refused to participate in the litigation; Plaintiffs have been unable to schedule Defendants' depositions or move this case toward resolution. Defendants Labossiere and Johnson have not retained counsel.

The Court now **ORDERS** Defendants Jason Labossiere and Nelson Johnson to provide the following, in writing, no later than **September 18, 2019**:

- Defendants' full mailing addresses and telephone numbers; Defendants may also provide their email addresses.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 18-3325 MWF (ASx)**                                                    Date: September 5, 2019

Title          **Amazon Content Services, LLC, et al. v. Set Broadcast, LLC, et al.**

     The Court further **ORDERS** Defendants Jason Labossiere and Nelson Johnson to **SHOW CAUSE**, in writing, no later than **September 18, 2019** why the Court should not strike their Answer to Complaint, filed June 18, 2018 (Docket No. 18), and order the immediate entry of default as to these Defendants for failure to participate in the litigation of this matter.

     If Defendants fail to provide their mailing addresses and telephone numbers, and fail to respond to the Order to Show Cause, the Court will strike the Answer to Complaint (Docket No. 19) and order the Clerk of Court to enter default as to Defendants Labossiere and Johnson on **September 19, 2019**.  Plaintiffs will then be permitted to file a Motion for Default Judgment.

     The Court has mailed a copy of this Order to Show Cause to Defendants Labossiere and Johnson at the address of record for Nelson Johnson.

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

     IT IS SO ORDERED.

Initials of Preparer:  RS/sjm