UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **CV 18-3325 MWF (ASx)**  Date: September 20, 2019

Title  **Amazon Content Services, LLC, et al. v. Set Broadcast, LLC, et al.**

Present: The Honorable:  MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER STRIKING ANSWER OF DEFENDANTS JASON LABOSSIERE AND NELSON JOHNSON AND FOR CLERK TO ENTER DEFENDANTS' DEFAULT**

On September 5, 2019, the Court issued an Order to Show Cause ("OSC") to Defendants Jason Labossiere and Nelson Johnson. (Docket No. 62).  Pursuant to the OSC, by no later than September 18, 2019, Defendants Labossiere and Johnson were ordered to provide their full mailing addresses and telephone numbers, and optionally, their email addresses.  Defendants were further ordered to show cause why the Court should not strike their Answer to Complaint (filed June 18, 2018, Docket No. 18) and order the immediate entry of default for failure to participate in the litigation of this matter.  The OSC was mailed to Defendants at the address of record for Defendant Nelson.

The Court has not received any response to the OSC.  Therefore, the Court now **ORDERS** the Clerk of Court to (1) strike the Answer of Defendants Labossiere and Johnson (Docket No. 18); and (2) immediately enter default as to Defendants Labossiere and Johnson.  On or before **October 7, 2019,** Plaintiffs shall file a Motion for Default Judgment.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm