# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON CONTENT SERVICES, LLC, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>SET BROADCAST, LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:18−cv−03325−MWF−AS<br><br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

    It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:


Jason Labossiere

Nelson Johnson




                                                                            Clerk, U.S. District Court

 September 23, 2019                                       By  /s/ *Ingrid Valdes*  
Date                                                             Deputy Clerk