UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 18-3325-MWF(ASx)**                                 Dated:  **November 18, 2019**

Title:   Amazon Content Services, LLC, et al.  -v.-  Set Broadcast, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Christine Chung for Rita Sanchez    Amy Diaz
    Courtroom Deputy    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

    Elizabeth A. Kim    NOT PRESENT

PROCEEDINGS:       MOTION FOR DEFAULT JUDGMENT [65]

    The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

    Case called, and counsel makes an appearance.  Counsel for defendant is not present.  The Court invites counsel to present oral argument.  Court and counsel confer.  For the reasons stated on the record, the Court takes the matter under submission.  An Order will issue.