AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>USDC Central District<br>350 W. First Street<br>Los Angeles, CA 90012-4565 |
|---|---|---|
| DOCKET NO. | DATE FILED<br>1/10/2018 | |
| PLAINTIFF<br>Amazon Content Services, LLC et al. | | DEFENDANT<br>Set Broadcast, LLC d/b/a Setvnow; Jason Labossiere; Nelson Johnson, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached Exh. A | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☒ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☒ No | DATE RENDERED<br>11/25/2019 |
|---|---|---|
| CLERK<br>KIRY GRAY | (BY) DEPUTY CLERK<br>Ingrid Valdes | DATE<br>4/27/2020 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

Case 2:18-cv-03325-MWF-AS Document 70 Filed 04/27/20 Page 2 of 6 Page ID #:505

*Amazon Content Services, LLC et al. v. Set Broadcast, LLC et al*
**Representative List of Works**

| Title | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|
| Last Flag Flying | Amazon Content Services, LLC | PA 000-206-5192 | 11/30/2017 |
| The Wall | Amazon Content Services, LLC | PA 000-204-3666 | 5/15/2017 |
| The Only Living Boy in New York | Amazon Content Services, LLC | PA 000-205-2210 | 9/7/2017 |
| Wonderstruck | Amazon Content Services, LLC | PA 000-206-9723 | 11/22/2017 |
| Jumanji: Welcome to the Jungle | Columbia Pictures Industries, Inc. | PA 000-207-2805 | 1/25/2018 |
| Men In Black II | Columbia Pictures Industries, Inc. | PA 1-089-930 | 7/3/2002 |
| After Earth | Columbia Pictures Industries, Inc. | PA 1-841-452 | 5/31/2013 |
| Heaven is For Real | Columbia Pictures Industries, Inc. | PA 1-889-561 | 4/16/2014 |
| The Finest Hour | Disney Enterprises, Inc. | PA 1-989-069 | 5/27/2016 |
| Desperate Housewives, Season 6, Episode 3 | Disney Enterprises, Inc. | PA 1-657-587 | 10/28/2009 |
| Desperate Housewives, Season 7, Episode 8 | Disney Enterprises, Inc. | PA 1-711-737 | 12/8/2010 |
| Desperate Housewives, Season 8, Episode 5 | Disney Enterprises, Inc. | PA 1-657-587 | 1/9/2012 |
| Grey's Anatomy, Season 1 Episode Pilot | Disney Enterprises, Inc. | PA 1-268-281 | 4/12/2005 |
| Grey's Anatomy, Season 2 Episode 214 | Disney Enterprises, Inc. | PA 1-313-355 | 2/27/2006 |
| Grey's Anatomy, Season 7, Episode 11 | Disney Enterprises, Inc. | PA 1-729-231 | 3/29/2011 |

| Title | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|
| Okja | Netflix Studios, LLC | PA 2-069-657 | 9/18/2017 |
| Death Note | Netflix Studios, LLC | PA 2-069-656 | 9/18/2017 |
| The OA, Season 1 Episode 1 | Netflix Studios, LLC | PA 2-029-045 | 1/18/2017 |
| The OA, Season 1, Episode 4 | Netflix Studios, LLC | PA 2-029-047 | 1/18/2017 |
| Stranger Things, Season 2, Episode 5 | Netflix Studios, LLC | PA 2-009-919 | 9/26/2016 |
| Stranger Things, Season 2, Episode 7 | Netflix Studios, LLC | PA 2-009-943 | 9/26/2016 |
| 10 Cloverfield Lane | Paramount Pictures Corporation | PA 1-978-288 | 3/14/2016 |
| Truman Show | Paramount Pictures Corporation | PA 799-052 | 7/20/1998 |
| Star Trek Beyond | Paramount Pictures Corporation | PA 1-994-401 | 7/21/2016 |
| Downsizing | Paramount Pictures Corporation | PA 2-068-615 | 12/22/2017 |
| Breaking Bad, Season 1, Episode 5 | Sony Pictures Television Inc. | PA 1-603-371 | 4/15/2008 |
| Breaking Bad, Season 1, Episode 6 | Sony Pictures Television Inc. | PA 1-603-380 | 4/15/2008 |
| Breaking Bad, Season 3, Episode 1 | Sony Pictures Television Inc. | PA 1-686-571 | 7/9/2010 |

| Title | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|
| Breaking Bad, Season 4, Episode 3 | Sony Pictures Television Inc. | PA 1-758-566 | 11/1/2011 |
| Modern Family, Season 1, Episode 22 | Twentieth Century Fox Film Corporation | PA 1-681-553 | 5/28/2010 |
| Modern Family, Season 2, Episode 18 | Twentieth Century Fox Film Corporation | PA 1-735-792 | 4/21/2011 |
| Modern Family, Season 2, Episode 24 | Twentieth Century Fox Film Corporation | PA 1-745-994 | 7/14/2011 |
| American Horror Story, Season 4, Episode 10 | Twentieth Century Fox Film Corporation | PA 1-941-865 | 1/26/2015 |
| American Horror Story, Season 5, Episode 6 | Twentieth Century Fox Film Corporation | PA 1-973-824 | 12/28/2015 |
| Aliens vs. Predator - Requiem | Twentieth Century Fox Film Corporation | PA 1-590-415 | 12/19/2007 |
| The Purge Election Year | Universal City Studios Productions LLLP | PA 1-995-003 | 7/11/2016 |
| Jason Bourne - Action | Universal City Studios Productions LLLP | PA 2-002-679 | 8/8/2016 |
| Law & Order: Special Victims Unit, Season 17, Episode 2 | Universal Cable Productions LLC | PA 1-967-998 | 10/19/2015 |
| Law & Order: Special Victims Unit, Season 17, Episode 12 | Universal Cable Productions LLC | PA 1-975-581 | 2/2/2016 |

| Title | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|
| Law & Order: Special Victims Unit, Season 18, Episode 15 | Universal Television LLC | PA 2-041-019 | 4/25/2017 |
| Law & Order: Special Victims Unit, Season 19, Episode 5 | Universal Television LLC | PA 2-080-666 | 11/2/2017 |
| Mr. Robot, Season 1, Episode 1 | Universal Network Television LLC | PA 1-961-149 | 7/14/2015 |
| Mr. Robot, Season 1, Episode 3 | Universal Network Television LLC | PA 1-961-144 | 7/14/2015 |
| Mr. Robot, Season 2, Episode 5 | Universal Cable Productions LLC | PA 2-003-757 | 8/17/2016 |
| Mr. Robot, Season 2, Episode 7 | Universal Cable Productions LLC | PA 2-005-193 | 9/8/2016 |
| Famous in Love, Season 1, Episode 1 | Warner Bros. Entertainment Inc. | PA 2-031-323 | 5/4/2017 |
| Famous in Love, Season 1, Episode 4 | Warner Bros. Entertainment Inc. | PA 2-034-633 | 5/26/2017 |
| Fuller House, Season 1 Episode 1 | Warner Bros. Entertainment Inc. | PA 1-985-460 | 4/26/2016 |
| Fuller House, Season 1 Episode 5 | Warner Bros. Entertainment Inc. | PA 1-985-462 | 4/26/2016 |
| Supergirl, Season 1, Episode 1 | Warner Bros. Entertainment Inc. | PA 1-972-266 | 12/22/2015 |
| Supergirl, Season 2, Episode 8 | Warner Bros. Entertainment Inc. | PA 2-012-798 | 12/13/2016 |